GIBBS, Respondent, v. KNICKERBOCKER SAVINGS & LOAN CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 2, 1914.) Action by Herbert H. Gibbs against the Knickerbocker Savings & Loan Company. No opinion. Motion denied, on condition that the appellant perfect the appeal, place the case on the November calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs. See, also, 153 App. Div. 369, 138 N. Y. Supp. 515; 149 N. Y. Supp. 1084.

---

GIBBS, Respondent, v. KNICKERBOCKER SAVINGS & LOAN CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 6, 1914.) Action by Herbert H. Gibbs against the Knickerbocker Savings & Loan Company. No opinion. Motion granted, on condition that, within five days after entry of the order herein, appellant pay to respondent the sum of $10 costs; otherwise, motion denied, with $10 costs. See, also, 149 N. Y. Supp. 1084.

---

In re GIBSON. (Supreme Court, Appellate Division, First Department. October 23, 1914.) In the matter of Burton W. Gibson. No opinion. Respondent disbarred. Settle order on notice.

---

GIVENS, Respondent, v. UTICA HIPPODROME AMUSEMENT CO., Appellant. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Anita B. Givens against the Utica Hippodrome Amusement Company. A. B. Kellogg, of New York City, for appellant. H. A. Brann, Jr., of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

GIVENS, Respondent, v. UTICA HIPPODROME AMUSEMENT CO., Appellant. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by John M. Givens against the Utica Hippodrome Amusement Company. A. B. Kellogg, of New York City, for appellant. H. A. Brann, Jr., of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

GLADDEN v. ARCHBOLD et al. (Supreme Court, Appellate Division, Second Department. November 6, 1914.) Supplementary proceedings by Charles S. Gladden against Robert H. Archbold and another. No opinion. Motion to resettle order made and entered herein on October 16, 1914 (149 N. Y. Supp. 1075), by adding, after the words "with $10 costs and disbursements," the words "all to be applied on plaintiff's judgment," granted, without costs.

GLEASON, Appellant, v. J. M. HORTON ICE CREAM CO., Respondent. (Supreme Court, Appellate Division, First Department. October 23, 1914.) Action by Joseph W. Gleason, an infant, against the J. M. Horton Ice Cream Company. E. J. Treacy, of New York City, for appellant. B. L. Pettigrew, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

GLOBE LITHOGRAPHING CO., Respondent, v. MORRIS PARK ESTATES, Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1914.) Action by the Globe Lithographing Company against the Morris Park Estates. R. Royall, of New York City, for appellant. M. W. Ehrich, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

GOCKEL v. BARNES (two cases). (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Herman H. Gockel against Frances M. Barnes. No opinion. Motions granted, with $10 costs. Orders filed.

---

GOODENOUGH, Appellant, v. WOOD HARMON WARRANTY CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by Elizabeth Goodenough against the Wood Harmon Warranty Company and another. G. Lange, Jr., of New York City, for appellant. L. L. Delafield, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

GOODWIN, Respondent, v. LIPPINCOTT et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 21, 1914.) Action by Helen M. Goodwin, as administratrix, etc., against Charles Lippincott and another. No opinion. Judgment and order affirmed, with costs.

---

In re GRADE CROSSING COM'RS OF CITY OF BUFFALO. (No. 97.) (Supreme Court, Appellate Division, Fourth Department. October 14, 1914.) In the matter of the application of the Grade Crossing Commissioners of the City of Buffalo, etc., as to lands claimed to be owned by the Barber Asphalt Paving Company, the Lehigh Valley Coal Company, and others. No opinion. Motion granted for leave to add to record on appeal certain documents, maps, papers, and proceedings, with leave to the other parties appearing on this appeal to so add like records, etc., and argument postponed until opening of November term.